Argued May 4, affirmed May 16, 1977

YATES et ux, *Appellants,*
*v.*
SCHUMACHER et al, *Respondents.*
(No. 90820, CA 6818)

563 P2d 771

Mark P. O'Donnell, Portland, argued the cause for appellants. On the brief were John W. Shonkwiler, and O'Donnell, Rhoades & Gerber, Portland.

Scott H. Parker, Clackamas County Counsel, Oregon City, argued the cause and filed the brief for respondents.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

PER CURIAM.

Affirmed. *Clackamas County v. Ague,* 27 Or App 515, 556 P2d 1386 (1976), Sup Ct *review denied* (1977).